```
                              United States Bankruptcy Court
                              Eastern District of New York
In re:                                                                    Case No. 15-72317-reg
Marina Petkova Dimitrova                                                  Chapter 7
        Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0207-8          User: jfabio                Page 1 of 1                  Date Rcvd: Jul 17, 2015
                              Form ID: 274                Total Noticed: 9


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2015.
db             +Marina Petkova Dimitrova,    1002 North Fulton Avenue,    Lindenhurst, NY 11757-2121
smg            +NYC Department of Finance,    345 Adams Street, 3rd Floor,    Attn: Legal Affairs - Devora Cohn,
                 Brooklyn, NY 11201-3719
smg            +NYS Department of Taxation & Finance,    Bankruptcy Unit,    PO Box 5300,    Albany, NY 12205-0300
smg            +NYS Unemployment Insurance,    Attn: Isolvency Unit,    Bldg. #12, Room 256,
                 Albany, NY 12240-0001
8597861        +AMERICAN SERVICING COMPANY,    P.O. BOX 10328,    DES MOINES IA 50306-0328
8603377        +Wells Fargo Bank, N.A. as servicer for U.S. Bank,     %Kozeny, McCubbin & Katz, LLP,
                 40 Marcus Drive, Suite 200,    Melville, New York 11747-4200

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             +E-mail/Text: ustpregion02.li.ecf@usdoj.gov Jul 17 2015 18:11:01     United States Trustee,
                 Office of the United States Trustee,    Long Island Federal Courthouse,    560 Federal Plaza,
                 Central Islip, NY 11722-4456
8597863         +EDI: CAPITALONE.COM Jul 17 2015 18:08:00      CAPITAL ONE,    PO BOX 30253,
                 SALT LAKE CITY UT 84130-0253
8597864         +EDI: RCSFNBMARIN.COM Jul 17 2015 18:08:00      CREDIT ONE BANK,    PO BOX 98872,
                 LAS VEGAS NV 89193-8872
                                                                                               TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8597862*       +AMERICAN SERVICING COMPANY,    P.O. BOX 10328,    DES MOINES IA 50306-0328
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2015 at the address(es) listed below:
              Jordan S Katz    on behalf of Creditor   Wells Fargo Bank, N.A. as servicing agent for U.S. Bank
               National Association, as trustee for Structured Asset Securities Corporation Mortgage
               Pass-Through Certificates, Series 2006-BC1 edny@kmk-law.net
              Kenneth Kirschenbaum    ken@kirschenbaumesq.com,
               ssheinwald@kirschenbaumesq.com;Sspector@kirschenbaumesq.com;ny41@ecfcbis.com;msabella@kirschenbau
               mesq.com
              United States Trustee    USTPRegion02.LI.ECF@usdoj.gov
                                                                                             TOTAL: 3
```

# United States Bankruptcy Court

Eastern District Of New York
290 Federal Plaza
Central Islip, NY 11722

---

| | |
|---|---|
| IN RE: | CASE NO: 8−15−72317−reg |
| Marina Petkova Dimitrova | |
| Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.: | CHAPTER: 7 |
| xxx−xx−1398 | |
| DEBTOR(s) | |

## NOTICE OF AUTOMATIC DISMISSAL OF CASE

## UNDER BANKRUPTCY CODE § 521 (i)(1)

1) This case was filed on May 29, 2015 with deficiencies.

2) A Notice of Deficiency Filing was sent on May 29, 2015 informing the debtor(s), among other things, that there were outstanding statements, schedules and/or lists to be filed or the case may be subject to automatic dismissal under § 521(i)(1) of the Bankruptcy Code.

3) A Final Notice of Section 521 Deficiencies was sent on July 1, 2015 notifying the debtor(s) that certain documents remained outstanding and in the absence of those documents being filed, the case would be dismissed under § 521(i)(1) of the Bankruptcy Code.

4) As of this date, some or all of the required documents have not been filed with the Clerk of the Court.

Under § 521(i)(1), the above captioned case is dismissed effective on the 46th day after the date of the filing of the petition.

Dated: July 17, 2015

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnod521.jsp** [Notice of Dismissal rev.2/8/06]